**Mrs. Mildred W. O'BRIEN, Appellant,**

v.

**ATLAS FINANCE COMPANY, Inc., Appellee.**

**No. 17503.**

United States Court of Appeals
Fifth Circuit.

May 22, 1959.

Henry T. Chance, Augusta, Ga., Harris, Chance & McCracken, Augusta, Ga., of counsel, for appellant.

A. G. Cleveland, Jr., Wilbur Branch King, John Bell Towill, Augusta, Ga., Hull, Willingham, Towill & Norman, Augusta, Ga., Smith, Kilpatrick, Cody, Rogers & McClatchey, Atlanta, Ga., of counsel, for appellee.

Before RIVES, JONES and WISDOM, Circuit Judges.

PER CURIAM.

The judgment is reversed and the cause remanded for further proceedings not inconsistent with the opinion and decision of the Supreme Court of the United States in Mitchell v. Kentucky Finance Co., Inc., 79 S.Ct. 756.

Reversed and remanded.

**Gaetaino DIANO, Appellant,**

v.

**Richard C. HOY, District Director, Immigration and Naturalization Service, United States Department of Justice, Appellee.**

**No. 16246.**

United States Court of Appeals
Ninth Circuit.

May 4, 1959.

Hiram W. Kwan, Los Angeles, Cal., for appellant.

Laughlin E. Waters, U. S. Atty., Carla A. Hills, Richard A. Lavine, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

Before STEPHENS, CHAMBERS and BARNES, Circuit Judges.

PER CURIAM.

Diano is in custody pursuant to an order of deportation. He presented a petition denominated a petition in habeas corpus to the District Court for his release from custody. The instrument also asked for an order admitting petitioner's release on his presenting a reasonable bail bond. The court issued a show cause order, and after hearing, discharged it and denied the issuance of the habeas corpus writ. The motion for release on bail was also denied.

After oral argument the petitions were submitted, and after due consideration, it is ordered that the District Court's orders be and hereby are affirmed.